United States Bankruptcy Court
Middle District of Florida

In re:                                                                    Case No. 18-01775-ABB
James E. Lamca                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-6          User: kbrickner          Page 1 of 1              Date Rcvd: Mar 30, 2018
                              Form ID: 309I            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2018.
```
db          +James E. Lamca,    1142 East Normandy Boulevard,     Deltona, FL 32725-7323
27469458    +Bayview Loan Servicing,    PO Box 650091,    Dallas, TX 75265-0091
27469459    +Blue Trust Loans,    PO Box 1754,    Hayward, WI 54843-1754
27469460    +Borrows First,    PO Box 163207,    Austin, TX 78716-3207
27469462    +Central Fl Pulminary Consult,    759 Harley Strickland Blvd,    Orange City, FL 32763-7954
27469463    +Citi Financial,    100 Citibank Drive,    San Antonio, TX 78245-3202
27469466    +ISPC,   1115 Gunn Hwy Ste 100,    Odessa, FL 33556-5328
27469467     LoanDepot,   885 Teaneck Rd,    Teaneck, NJ 07666-4505
27469469     Nationstar Mortgage,    d/b/a Mr. Cooper,    PO Box 650783,    Dallas, TX 75265-0783
27469470    +Paypal Credit,    PO Box 5018,    Timonium, MD 21094-5018
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: stacyeckert@cfl.rr.com Mar 30 2018 22:26:36       Stacy A Eckert,
              Stacy A Eckert PA,    2445 South Volusia Avenue,    Suite C-1,    Orange City, FL   32763
tr          +E-mail/Text: ecf@c13orl.com Mar 30 2018 22:27:00       Laurie K Weatherford,
              Post Office Box 3450,    Winter Park, FL 32790-3450
ust         +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Mar 30 2018 22:27:31
              United States Trustee - ORL7/13, 7,     Office of the United States Trustee,
              George C Young Federal Building,    400 West Washington Street, Suite 1100,
              Orlando, FL 32801-2210
27469455    +E-mail/Text: bk@avant.com Mar 30 2018 22:28:19       Avant Credit Corporation,
              640 N La Salle Dr Ste 545,    Chicago, IL 60654-3731
27469457     EDI: BANKAMER.COM Mar 31 2018 02:18:00      Bank of America,    PO Box 982235,
              El Paso, TX 79998-2235
27469456     EDI: BANKAMER.COM Mar 31 2018 02:18:00      Bank of America,    PO Box 31785,
              Tampa, FL 33631-3785
27469461     EDI: CAPITALONE.COM Mar 31 2018 02:18:00      Capital One Bank,    PO Box  71083,
              Charlotte, NC 28272-1083
27469464     EDI: DIRECTV.COM Mar 31 2018 02:18:00      Direct TV,    PO Box 6550,
              Greenwood Village, CO 80155
27469453     EDI: FLDEPREV.COM Mar 31 2018 02:18:00      Florida Department of Revenue,    Bankruptcy Unit,
              Post Office Box 6668,    Tallahassee FL 32314-6668
27469465     EDI: IRS.COM Mar 31 2018 02:18:00      IRS Dept of Treasury,    Philadelphia, PA 19255-0525
27469468     EDI: RMSC.COM Mar 31 2018 02:18:00      Lowes / SYNCB,    PO Box 530914,    Atlanta, GA 30353-0914
27469471     EDI: AGFINANCE.COM Mar 31 2018 02:18:00      Springleaf Financial,    2499-F Enterprise,
              Orange City, FL 32763
27469452    +E-mail/Text: revenuebankruptcy@volusia.org Mar 30 2018 22:27:39
              Volusia County Tax Collector,    123 West Indiana Avenue,    Room 103,    Deland FL 32720-4615
27469472     EDI: WFFC.COM Mar 31 2018 02:18:00      Wells Fargo,    PO Box 6995,    Portland, OR 97228-6995
                                                                                               TOTAL: 14
```

    \*\*\*\*\* BYPASSED RECIPIENTS (undeliverable, \* duplicate) \*\*\*\*\*
```
27469454*      Internal Revenue Service,   Post Office Box 7346,    Philadelphia PA 19101-7346
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2018                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2018 at the address(es) listed below:
```
              Laurie K Weatherford    ecfdailysummary@c13orl.com
              Stacy A Eckert   on behalf of Debtor James E. Lamca stacyeckert@cfl.rr.com,
               bonniewilson@cfl.rr.com
              United States Trustee - ORL7/13, 7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **James E. Lamca** | Social Security number or ITIN | **xxx–xx–4522** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Florida** | Date case filed for chapter 13 | **3/29/18** |
| Case number: | **6:18–bk–01775–ABB** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case         12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | James E. Lamca | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1142 East Normandy Boulevard<br>Deltona, FL 32725 | |
| 4. | **Debtor's attorney**<br>Name and address | Stacy A Eckert<br>Stacy A Eckert PA<br>2445 South Volusia Avenue<br>Suite C–1<br>Orange City, FL 32763 | Contact phone (386) 775–8228<br>Email: stacyeckert@cfl.rr.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790 | Contact phone 407–648–8841 |
| 6. | **Bankruptcy Clerk's Office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br>Contact phone 407–237–8000<br>Date: March 30, 2018 |

**For more information, see page 2**

| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **May 3, 2018 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. *** | **Location:**<br>**George C. Young Courthouse, Suite 1202–A, 400 West Washington Street, Orlando, FL 32801** |
|---|---|---|
| 8. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: July 2, 2018** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: June 7, 2018** |
| | **Deadline for governmental units to file a proof of claim:** | **For a governmental unit: 180 days from the date of filing** |
| | **Deadlines for filing proof of claim:**<br>  A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed online at the Court's website at www.flmb.uscourts.gov, or obtained at www.uscourts.gov or at any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br>**Attention Mortgage Holders:** Attachments to your Proof of Claim may be required by changes to Rule 3001. Forms and attachments are available at at www.uscourts.gov. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. **Filing of plan, hearing on confirmation of plan** | The plan will be sent separately. The initial confirmation hearing will be held on:<br>**June 20, 2018** at **10:01 AM**, Location: **Courtroom 6B, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801**<br><br>Debtors and their attorneys are not required to attend the Initial Confirmation Hearing because, in most cases, the Initial Confirmation Hearing will be continued to a date after the deadline for filing proofs of claim. However, the Court will hear and may rule on motions and objections that are separately noticed for hearing for the same time as the Initial Confirmation Hearing.<br>Local Rule 5073–1 restricts the entry of electronic devices and mobile phones into the Courthouse. | |
| 10. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |
| 14. **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. | |