United States Bankruptcy Court
Middle District of Florida

In re:                                                              Case No. 18-01775-CCJ
James E. Lamca                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-6        User: hmary            Page 1 of 2              Date Rcvd: Aug 20, 2018
                            Form ID: 6not08        Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
```
db           +James E. Lamca,    1142 East Normandy Boulevard,    Deltona, FL 32725-7323
27469457    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
27469456      Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
27597540     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
27469458     +Bayview Loan Servicing,    PO Box 650091,    Dallas, TX 75265-0091
27469459     +Blue Trust Loans,    PO Box 1754,    Hayward, WI 54843-1754
27469460     +Borrows First,    PO Box 163207,    Austin, TX 78716-3207
27596517      CACH, LLC its successors and assigns as assignee,    of Marketplace Loan Trust, Series,
               2016-LD1,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
27469462     +Central Fl Pulminary Consult,    759 Harley Strickland Blvd,    Orange City, FL 32763-7954
27469463     +Citi Financial,    100 Citibank Drive,    San Antonio, TX 78245-3202
27469464    ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: Direct TV,    PO Box 6550,    Greenwood Village, CO 80155)
27469453      Florida Department of Revenue,    Bankruptcy Unit,    Post Office Box 6668,
               Tallahassee FL 32314-6668
27469466     +ISPC,    1115 Gunn Hwy Ste 100,    Odessa, FL 33556-5328
27469467      LoanDepot,    885 Teaneck Rd,    Teaneck, NJ 07666-4505
27602665     +MyLoanSite.co,    PO Box 188,    Fort Thompson, SD 57339-0188
27574723     +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,    ATTN: Bankruptcy Dept,    PO Box 619096,
               Dallas, TX 75261-9096
27469469      Nationstar Mortgage,    d/b/a Mr. Cooper,    PO Box 650783,    Dallas, TX 75265-0783
27469470     +Paypal Credit,    PO Box 5018,    Timonium, MD 21094-5018
27600038     +Red Pine Lending,    3051 Sand Lake Road,    Crandon, WI 54520-8815
27469472      Wells Fargo,    PO Box 6995,    Portland, OR 97228-6995
27547579      Wells Fargo Bank, N.A., Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
27469455     +E-mail/Text: bk@avant.com Aug 20 2018 23:17:54     Avant Credit Corporation,
               640 N La Salle Dr Ste 545,    Chicago, IL 60654-3731
27469461      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 20 2018 23:20:02     Capital One Bank,
               PO Box  71083,    Charlotte, NC 28272-1083
27469465      E-mail/Text: cio.bncmail@irs.gov Aug 20 2018 23:17:11     IRS Dept of Treasury,
               Philadelphia, PA 19255-0525
27599385      E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 20 2018 23:17:39     Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
27596492      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2018 23:20:03
               LVNV Funding, LLC its successors and assigns as,    assignee of LC Trust I,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
27599414      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2018 23:20:04
               LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
27469468      E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2018 23:20:01     Lowes / SYNCB,    PO Box 530914,
               Atlanta, GA 30353-0914
27572970     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 20 2018 23:17:27     Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
27512381      E-mail/PDF: cbp@onemainfinancial.com Aug 20 2018 23:20:01     OneMain Financial,    PO BOX 3251,
               EVANSVILLE, IN 47731-3251
27469471      E-mail/PDF: cbp@onemainfinancial.com Aug 20 2018 23:19:55     Springleaf Financial,
               2499-F Enterprise,    Orange City, FL 32763
27469452     +E-mail/Text: revenuebankruptcy@volusia.org Aug 20 2018 23:17:24
               Volusia County Tax Collector,    123 West Indiana Avenue,    Room 103,    Deland FL 32720-4615
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bayview Loan Servicing, LLC
cr             Nationstar Mortgage LLC
cr             Nationstar Mortgage LLC d/b/a Mr. Cooper
27469454*      Internal Revenue Service,   Post Office Box 7346,    Philadelphia PA 19101-7346
                                                                                TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 113A-6                  User: hmary                    Page 2 of 2                    Date Rcvd: Aug 20, 2018
                                      Form ID: 6not08                Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2018 at the address(es) listed below:
              Ashley Prager Popowitz    on behalf of Creditor    Nationstar Mortgage LLC
               Ashley.popowitz@mrpllc.com, FLBKECF@mrpllc.com
              Austin M Noel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               austin.noel@mccalla.com, flbkecf@mccalla.com
              Laurie K Weatherford    ecfdailysummary@c13orl.com
              Rachel L Ahlum    on behalf of Creditor    Bayview Loan Servicing, LLC ecfflmb@aldridgepite.com,
               RAhlum@ecf.courtdrive.com
              Stacy A Eckert    on behalf of Debtor James E. Lamca stacyeckert@cfl.rr.com,
               bonniewilson@cfl.rr.com
              United States Trustee - ORL7/13, 7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                          TOTAL: 6
```

[6not08] [NOTICE OF REASSIGNMENT OF CASE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                          Case No. 6:18−bk−01775−CCJ
                                                                                                Chapter 13

James E. Lamca
1142 East Normandy Boulevard
Deltona, FL 32725

_____Debtor(s)_____/                        NOTICE OF REASSIGNMENT OF CASE

   THIS CASE came on for consideration on the Court's own motion. The following administrative actions have been taken:

   1. Judicial Reassignment. This bankruptcy case and all adversary proceedings have been reassigned to the Honorable Cynthia C. Jackson for all further proceedings.

   2. Change in Main Case Number. The main case number has been amended to Case No. 6:18−bk−01775−CCJ . In the future, all pleadings and other papers offered for filing must contain the revised case number or the case may be stricken, incorrectly routed, or otherwise delayed in processing.

       DATED on August 20, 2018

                                                FOR THE COURT
                                                Sheryl L. Loesch, Clerk of Court
                                                George C. Young Federal Courthouse
                                                400 West Washington Street
                                                Suite 5100
                                                Orlando, FL 32801