ORDERED.

Dated: **November 23, 2018**

_Cynthia C. Jackson_
Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

JAMES E. LAMCA,   Case No.: 6:18-bk-01775-CCJ
                  Chapter 7
    Debtor.
_____/

## ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

Under the application of the Trustee requesting authority to employ and appoint Steven M. Vanderwilt, Certified Public Accountant, as accountant for the Trustee, and upon the Declaration of Steven M. Vanderwilt in support of Trustee's Application to Employ Accountant (Document No. 48) and it appearing that no notice of hearing on said application should be given and no adverse interest being represented, and the Court being satisfied that Steven M. Vanderwilt represents no interest adverse to the Trustee or the estate in matters in which he is employed, and that the employment is necessary and would be in the best interest of the estate, it is

ORDERED that Gene T. Chambers, as Trustee herein, be and is authorized to employ Steven M. Vanderwilt to represent her as accountant, upon the terms and conditions contained in the application, provided that all fees to which Steven M. Vanderwilt may become entitled to by virtue of his services under this Order shall be subject to judicial determination under 11 U.S.C. §330. No payment whatsoever shall be made absent application and order. The hourly rate is not guaranteed and is subject to review.

Trustee, Gene T. Chambers, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.